SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RITIKA BHANDARI,<br><br>            Plaintiff,<br><br>    v.<br><br>GERARD HEINAUER, Director of the<br>Citizenship and Immigration Services,<br>Nebraska Service Center,<br><br>            Defendant. | No. C 07-3384 PJH<br><br>**STIPULATION TO EXTEND DATES;**<br>**and [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about June 27, 2007. Defendant's response is due on August 27, 2007.

    2. Pursuant to this Court's June 27, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on September 27, 2007, and attend a case management conference on October 4, 2007.

    3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Stipulation for Extension
C07-3384 PJH                                      1

| | |
|---|---|
| Last day to file Defendant's Answer: | September 10, 2007 |
| Last day to file Joint ADR Certification: | September 27, 2007 |
| Last day to file/serve Joint Case Management Statement: | October 11, 2007 |
| Case Management Conference: | October 18, 2007, at 2:30 p.m. |

Date: August 27, 2007                              Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

                                                         /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendant

                                                         /s/
Date: August 27, 2007                              ROBERT G. WERNER
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:
PHYLLIS J. HAMILTON
United States District Judge

Stipulation for Extension
C07-3384 PJH                                       2