1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

7 | Attorneys for Defendant
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | RITIKA BHANDARI,           )
                               ) No. C 07-3384 PJH
13 |        Plaintiff,          )
                               )
14 |   v.                       ) **STIPULATION TO EXTEND DATES;**
                               ) **and [PROPOSED] ORDER**
15 | GERARD HEINAUER, Director of the )
Citizenship and Immigration Services, )
16 | Nebraska Service Center,   )
                               )
17 |        Defendant.          )
                               )
18

19   Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of

20 record, hereby stipulate, subject to the approval of the Court, to the following:

21   1. Plaintiff filed this action on or about June 27, 2007. Defendant's response is due on August

22 27, 2007.

23   2. Pursuant to this Court's June 27, 2007 Order Setting Initial Case Management Conference,

24 the parties are required to file a joint case management statement on September 27, 2007, and

25 attend a case management conference on October 4, 2007.

26   3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case,

27 the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as

28 follows:

Stipulation for Extension
C07-3384 PJH                            1

| | | |
|---|---|---|
| 1 | Last day to file Defendant's Answer: | September 10, 2007 |
| 2 | Last day to file Joint ADR Certification: | September 27, 2007 |
| 3 | Last day to file/serve Joint Case Management Statement: | October 11, 2007 |
| 4 | Case Management Conference: | October 18, 2007, at 2:30 p.m. |

Date: August 27, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

                                         /s/
                                         ILA C. DEISS
                                         Assistant United States Attorney
                                         Attorneys for Defendant


                                         /s/
Date: August 27, 2007                    ROBERT G. WERNER
                                         Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 8/30/07



PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Stipulation for Extension
C07-3384 PJH                             2