SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RITIKA BHANDARI,<br><br>              Plaintiff,<br><br>              v.<br><br>GERARD HEINAUER, Director of the<br>Citizenship and Immigration Services,<br>Nebraska Service Center,<br><br>              Defendant. | No. C 07-3384 PJH<br><br>**ANSWER** |

Defendant hereby submit his answer to Plaintiff's Complaint for Writ in the Nature of Mandamus to Compel Administrative Action.

**I. PARTIES**

1. Defendant admits the allegations in Paragraph One.

2. Defendant admits the allegations in Paragraph Two.

3. Defendant denies the allegations in Paragraph Three.

**II. JURISDICTION AND VENUE**

4. Paragraph Four consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary,

ANSWER
C07-3384 PJH                          1

Defendant denies the allegations in this paragraph.

5. Paragraph Five consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required.

6. Defendant admits the allegations in Paragraph Six.

### III. STATEMENT OF FACTS OF CASE

7. Defendant admits the first sentence in Paragraph Seven. Defendant denies the second sentence as Plaintiff's application remains pending for issuance of a visa number by the U.S. Department of State.

8. Defendant is without sufficient information to admit or deny the allegations in Paragraph Eight.

9. Defendant is without sufficient information to admit or deny the allegations in Paragraph Nine.

10. Defendant denies the allegations in Paragraph Ten.

### IV. CLAIMS FOR RELIEF

11. Defendant admits the first sentence in Paragraph Eleven; however, Defendant denies the remaining allegations in Paragraph Eleven.

12. Defendant is without sufficient information to admit or deny the allegations in Paragraph Twelve.

13. Defendant denies the allegations in Paragraph Thirteen.

14. Defendant denies the allegations in Paragraph Fourteen.

15. Defendant denies the allegations in Paragraph Fifteen.

16. Defendant denies the allegations in Paragraph Sixteen.

17. Defendant admits the first sentence in Paragraph Seventeen; however, Defendant denies the remaining allegations in Paragraph Seventeen.

18. Defendant denies the allegations in Paragraph Eighteen.

19. Defendant re-alleges and incorporates by reference the answers to the allegations set forth in Paragraphs One through Eighteen, inclusive, as though fully set forth herein.

20. Defendant admits the first sentence in Paragraph Twenty; however Defendant denies the second and third sentences of Paragraph Twenty. Defendant admits the fourth sentence of this Paragraph.

21. Defendant admits the allegations in Paragraph Twenty-One.

22. Defendant denies the allegations in Paragraph Twenty-Two.

## V.  PRAYER FOR RELIEF

The remaining allegations consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendant denies this paragraph.

## FIRST AFFIRMATIVE DEFENSE

The court lacks jurisdiction over the subject matter of this action.

## SECOND AFFIRMATIVE DEFENSE

The Complaint fails to state a claim against the Defendant upon which relief can be granted.

## THIRD AFFIRMATIVE DEFENSE

No acts or omissions by the United Stats or its employees were the proximate cause of any injury or damages to the Plaintiffs.

## FOURTH AFFIRMATIVE DEFENSE

At all times alleged in the complaint, Defendant was acting with good faith, with justification, and pursuant to authority.

## FIFTH AFFIRMATIVE DEFENSE

Defendant is processing the application referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

WHEREFORE, Defendant prays for relief as follows:

That judgment be entered for Defendant and against Plaintiff, dismissing Plaintiff's complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems

///

///

ANSWER
C07-3384 PJH                                         3

1 | just and proper under the circumstances.

2 | Dated: September 10, 2007                    Respectfully submitted,

3 |                                                                                  SCOTT N. SCHOOLS
    |                                                                                  United States Attorney

5 |                                                                                              /s/
    |                                                                                  _____
6 |                                                                                  ILA C. DEISS
    |                                                                                  Assistant United States Attorney
    |                                                                                  Attorneys for Defendant

ANSWER
C07-3384 PJH                                             4