SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RITIKA BHANDARI, <br><br> Plaintiff, <br><br> v. <br><br> GERARD HEINAUER, Director of the Citizenship and Immigration Services, Nebraska Service Center, <br><br> Defendant. | No. C 07-3384 PJH <br><br> **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

    Plaintiff, by and through her attorney of record, and Defendant by and through his attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

    Each of the parties shall bear their own costs and fees.

Date: September 12, 2007                          Respectfully submitted,

                                                    SCOTT N. SCHOOLS
                                                    United States Attorney

                                                    /s/
                                                    ILA C. DEISS
                                                    Assistant United States Attorney
                                                    Attorneys for Defendant

Stipulation for Dismissal
C07-3384 PJH                                      1

1

2  Date: September 12, 2007

/s/
ROBERT G. WERNER
Attorney for Plaintiff

3

4  **ORDER**

5  Pursuant to stipulation, IT IS SO ORDERED.

6

7  Date: 9/13/07

PHYLLIS J. HAMILTON
United States District Judge



8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation for Dismissal
C07-3384 PJH                                    2