1 SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 Assistant United States Attorney

5 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendant
8

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 SAN FRANCISCO DIVISION

12 RITIKA BHANDARI,                          )
                                             ) No. C 07-3384 PJH
13             Plaintiff,                    )
                                             )
14       v.                                  ) **STIPULATION TO DISMISS AND**
                                             ) **[PROPOSED] ORDER**
15 GERARD HEINAUER, Director of the          )
Citizenship and Immigration Services,        )
16 Nebraska Service Center,                  )
                                             )
17             Defendant.                    )
                                             )
18

19     Plaintiff, by and through her attorney of record, and Defendant by and through his attorney of

20 record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of

21 the adjudication of Plaintiff's adjustment of status application (Form I-485).

22     Each of the parties shall bear their own costs and fees.

23 Date: September 12, 2007                     Respectfully submitted,

24                                              SCOTT N. SCHOOLS
                                                United States Attorney
25

26                                              _____/s/_____
                                                ILA C. DEISS
27                                              Assistant United States Attorney
                                                Attorneys for Defendant
28

Stipulation for Dismissal
C07-3384 PJH                                    1

1

2  Date: September 12, 2007                    /s/
                                               ROBERT G. WERNER
3                                              Attorney for Plaintiff

4                              **ORDER**

5      Pursuant to stipulation, IT IS SO ORDERED.

6
   Date: 9/13/07
7                                       _____
                                        PHYLLIS J. HAMILTON
8                                       United



Stipulation for Dismissal
C07-3384 PJH                             2